# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| NICHOLAS ANTHONY NAVARRETTE,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 81369 ✓ |
| NICHOLAS ANTHONY NAVARRETTE,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 81370<br><br>**FILED**<br><br>JUL 09 2020<br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY _____<br>DEPUTY CLERK |

## ORDER DISMISSING APPEALS

These are pro se appeals from the "Court of appeals order of affirmance, as well as District courts [sic] finding of fact and conclusions of law." Eighth Judicial District Court, Clark County; Tierra Danielle Jones, Judge.

This court's review of these appeals reveals jurisdictional defects. Specifically, no statute or court rule permits an appeal from an order of affirmance of the Court of Appeals. *See* NRAP 40B(a) ("A decision of the Court of Appeals is a final decision that is not reviewable by the Supreme Court except on petition for review."); *Castillo v. State*, 106 Nev. 349, 792 P.2d 1133 (1990) (the right to appeal is statutory; where no statute of court rule provides for an appeal, no right to appeal exists). To the extent that appellant appeals from the findings of fact, conclusions of law and order entered on July 8, 2019, the notices of appeal were untimely filed. *See* NRAP 4(b); *Lozada v. State*, 110 Nev. 349, 871 P.2d 944 (1994) (an untimely notice

20-25296

of appeal fails to vest jurisdiction in this court). In addition, that order was already appealed in Docket No. 79147-COA. A second duplicate appeal may not be pursued. Accordingly, this court

ORDERS these appeals DISMISSED.

_____, J.
Gibbons

_____, J.        _____, J.
Stiglich                                    Silver


cc:    Hon. Tierra Danielle Jones, District Judge
       Nicholas Anthony Navarrette
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk